Case No. 8:18-cv-01015-JLS-JDE                       Date: November 18, 2019
Title: Ingrid Phillips et al v. Bank of New York Mellon et al

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

       Not Present                                     Not Present

**PROCEEDINGS:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

      The Court has reviewed the Joint Status Report the parties timely submitted on November 15, 2019 (Doc. 50). In light of the information provided in the Report, Plaintiffs are ORDERED to show cause, in writing, why the Court should not dismiss this matter. Plaintiffs may respond to this Order by either voluntarily dismissing the action *or* explaining why the matter should not be dismissed given the facts contained in the parties' Report. No written submission in response to this Order shall exceed three (3) pages. Failure to respond within **fourteen (14) days of this Order** will result in an immediate dismissal of this action.

                                                                                                Initials of Preparer: tg