JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:18-cv-01015-JLS-JDE | Date | December 18, 2019 |
|---|---|---|---|
| Title | Ingrid Phillips et al v. Bank of New York Mellon et al/ | | |

**Present: The Honorable** JOSEPHINE L. STATON, U.S. DISTRICT JUDGE

| Terry Guerrero | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING ACTION PURSUANT TO ORDER TO SHOW CAUSE**

  The Court, having previously issued an Order to Show Cause why this action should not be dismissed (Doc. 51), with the response due within fourteen (14) days, and the Court having received no response, the matter is now ordered DISMISSED.

                                                                    _____ : _____

                                            Initials of Preparer tg